UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**"IN ADMIRALTY"**

CASE NUMBER: 2:23-cv-00219-SPC-NPM

IN THE MATTER OF:

JAMES FISCHER, as Owner, and
SCOTT LANGBEIN, as owner *Pro Hac Vice,*
of the *Relentless*, a 2003 38' Sea Ray
Sundancer 380 bearing Hull Identification Number
SERF9257F203, its Engines, Tackle,
Appurtenances, Equipment, Etc.,
in a cause for Exoneration from or
Limitation of Liability,

     Petitioners.
_____/

**MOTION FOR ENTRY OF DEFAULT**

Petitioners, JAMES FISCHER, as Owner, and SCOTT LANGBEIN, as owner *Pro Hac Vice* ("Petitioners"), of the Relentless, a 2003 38' Sea Ray Sundancer 380 bearing Hull Identification Number SERF9257F203, by and through undersigned counsel and pursuant to Supplemental Rule F (5) and the applicable Federal Rules of Civil Procedure, hereby files this motion for entry of default against all persons and entities who failed to file claims or answers by the Monition deadline of June 20, 2023 [D.E. 8] and [D.E. 9]. In support of this motion, Petitioners states as follows:

1

McALPIN TANNER MARCOTTE, P. A.
80 SOUTHWEST 8TH STREET, SUITE 2805, MIAMI, FLORIDA  33130 * TEL (305) 810-5400 * FAX (305) 810-5401

1. Petitioners instituted this action for exoneration from or limitation of liability on March 29, 2023. [D.E. 1].

2. Pursuant to 46 U.S.C. § 30501, *et. seq.*, and Supplemental Rule F, Petitioners seek exoneration or limitation of liability for all losses, injury, or damages alleged to have been sustained as the result of an incident that occurred on February 25, 2023 as more fully described in the Petition for Exoneration from or Limitation of Liability ("Petition"). [D.E. 1].

3. On April 25, 2023, this Court entered an Order establishing a Monition deadline of June 20, 2023 for Claimants to file claims or Answers to the Complaint. [D.E. 8].

4. On April 25, 2023, this Court entered a Notice to Claimants of Complaint for Exoneration from or Limitation of Liability. [D.E. 9]. The Notice required all persons having claims for any damages or injuries, arising out of, or occurring as a result of the incident on February 25, 2023, to file their respective claims on or before June 20, 2023, or be defaulted.

5. In accordance with Supplemental Rule F(4) and section 1(e) and section 6(a), Petitioners published a copy of the NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY in the *News-Press* on May 10, 2023, May 17, 2023, May 24, 2023, and May 31, 2023. *See* Proof of Publication [D.E. 10, Ex. "1"].

6. Upon entry of the Orders setting the Monition deadline, Petitioners sent a copy of the Order to every known potential Claimant. Petitioners also sent copies of the Clerk's Notice to Claimants of Complaint for Exoneration from or Limitation of Liability.

7. In addition, upon receipt of any requests from potential Claimants or their counsel, Petitioners sent copies of the initial pleadings notifying them of these proceedings.

8. As of the date of this motion, potential known claimants, Gregory Foster and Tricia Mansfield [D.E. 11] have filed claims in this action.

9. No other persons or entities have filed a claim, answer, or other paper in these proceedings.

## MEMORANDUM OF LAW

Rule 55(b)(2) of the Federal Rules of Civil Procedure provides that a Court may enter a judgment by default upon application by a party entitled to judgment. Petitioners are entitled to default judgment. When a vessel owner files a complaint in district court for exoneration from or limitation of liability pursuant to 46 U.S.C. § 30501, *et. seq.*, the Court is empowered to establish a monition period during which all claimants must file their respective claims under pain of default. *American Commercial Lines, Inc. v. U.S.,* 746 F.2d 1351, 1352 (8th Cir. 1984). This Court established a Monition deadline of June 20, 2023. All persons and entities known by Petitioners to have a potential claim resulting from the incident described in the Petition were mailed

3

McALPIN TANNER MARCOTTE, P. A.
80 SOUTHWEST 8TH STREET, SUITE 2805, MIAMI, FLORIDA  33130 * TEL (305) 810-5400 * FAX (305) 810-5401

copies of the Court's Order setting the Monition deadline and the Clerk's notice to Claimants of Complaint for Exoneration from or Limitation of Liability. When requested, Petitioners provided copies of the Petition. In addition, Petitioners published the notice in the *New-Press* for the period of time required by Supplemental Rule F and the Local Admiralty Rules of this Court.

All known Claimants (Gregory Foster and Tricia Mansfield) have filed claims in this matter. No other persons or entities have filed any paper in this matter. Therefore, it is proper for the Court to enter a default against every person or entity who has not filed a claim in this action. *Texas Gulf Sulphur Co. v. Bluestack Towing Co.,* 313 F.2d 359, 261 (5th Cir. 1963) (district court's entry of default and denial of leave to file a late claim affirmed on appeal); *Olympia Development Group v. Non-Filing Claimants,* No. 8:09-cv-02230-VMC-AEP, 2010 WL 145887, 2010 U.S. Dist. Lexis 8300 (M.D. Fla. 2010) (granting motion for default against all persons and entities that had not filed a claim by the Monition deadline).

**Wherefore,** Petitioners, JAMES FISCHER, as Owner, and SCOTT LANGBEIN, as owner *Pro Hac Vice*, respectfully move this Court to enter a Default against all persons and entitles who have failed to file claims or answer and barring the filing of any further claims or answers in this or any proceeding related to or arising out of the events described in the Petition.

Dated: June 21, 2023.

4

McALPIN TANNER MARCOTTE, P. A.
80 SOUTHWEST 8TH STREET, SUITE 2805, MIAMI, FLORIDA  33130 * TEL (305) 810-5400 * FAX (305) 810-5401

                                **McALPIN TANNER MARCOTTE, P.A.**
*Counsel for Petitioners*
Brickell City Tower
80 S.W. 8th Street, Suite 2805
Miami, Florida 33130
Tel: (305) 810-5400
Fax: (305) 810-5401

By: <u>Daniel S. Marcotte</u>
Daniel S. Marcotte, Esq.
dmarcotte@mtm-legal.com
Florida Bar No. 52314
Richard J. McAlpin, Esq.
rmcalpin@mtm-legal.com
Florida Bar No. 438420
Gabriela Diaz, Esq.
Florida Bar No. 135299
gdiaz@mtm-legal.com

5

McALPIN TANNER MARCOTTE, P. A.
80 SOUTHWEST 8TH STREET, SUITE 2805, MIAMI, FLORIDA 33130 * TEL (305) 810-5400 * FAX (305) 810-5401

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2023, I electronically field the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY: **/s/** *Daniel S. Marcotte*
Daniel S. Marcotte

## SERVICE LIST
## CASE NO.: 2:23-cv-00219

| **McALPIN TANNER MARCOTTE, P.A.** | **BRAIS & ASSOCIATES, P.A.** |
|---|---|
| *Counsel for Petitioners* | *Counsel for Gregory Foster and Tricia Mansfield* |
| Brickell City Tower | 9300 S. Dadeland Blvd. Suite 101 |
| 80 S.W. 8th Street, Suite 2805 | Miami, Florida 33156 |
| Miami, Florida 33130 | Telephone: (305) 416-2901 |
| Tel: (305) 810-5400 | Facsimile: (305) 416-2902 |
| Fax: (305) 810-5401 | Keith S. Brais, Esq. |
| Daniel S. Marcotte, Esq. | Michelle Y. Gurian, Esq. |
| dmarcotte@mtm-legal.com | kbrais@braislaw.com |
| Florida Bar No. 52314 | mgurian@braislaw.com |
| Richard J. McAlpin, Esq. | |
| rmcalpin@mtm-legal.com | |
| Florida Bar No. 438420 | |
| Gabriela Diaz, Esq. | |
| Florida Bar No. 135299 | |
| gdiaz@mtm-legal.com | |